| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Dawson, Robert T. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>04/28/2011 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>P O Box 1624<br>Fort Smith, AR 72902-1624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2011 MAY -6 A 10: 35 FINANCIAL DISCLOSURE OFFICE

Dawson, Robert T.

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

| ✓ | NONE *(No reportable non-investment income.)* |

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

| ✓ | NONE *(No reportable non-investment income.)* |

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

| ✓ | NONE *(No reportable reimbursements.)* |

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  TIAA-CREF | C | Interest | M | T | | | | | |
| 2.  Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 3.  Stephens Production Company (oil & gas) | A | Royalty | J | W | | | | | |
| 4.  XTO Energy (oil & gas) | A | Royalty | J | W | | | | | |
| 5.  Cypress Production (oil & gas) | A | Royalty | J | W | | | | | |
| 6.  Tellus Operating (oil & gas) | A | Royalty | J | W | | | | | |
| 7.  ACXIOM | A | Dividend | K | T | | | | | |
| 8.  Simon Property Group | B | Dividend | K | T | | | | | |
| 9.  USA Truck | A | Dividend | J | T | | | | | |
| 10. Arkansas St College Svgs B | B | Interest | K | T | | | | | |
| 11. Arkansas St College Svgs A | B | Interest | | | Sold | 06/01/10 | K | A | |
| 12. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 13. Coca Cola | A | Dividend | J | T | | | | | |
| 14. Wachovia/Wells Fargo | A | Dividend | | | Sold | 08/23/10 | J | A | |
| 15. General Electric | A | Dividend | J | T | Sold (part) | 11/19/10 | J | A | |
| 16. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 17. Johnson & Johnson | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. McDonalds Corp | A | Dividend | J | T | | | | | |
| 19. Southwest Airlines | A | Dividend | J | T | | | | | |
| 20. Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 21. Intel Corp | A | Dividend | J | T | | | | | |
| 22. Walt Disney | A | Dividend | J | T | | | | | |
| 23. Sun Microsystems | A | Dividend | | | Sold | 01/28/10 | J | A | |
| 24. American Small Cap World | A | Dividend | J | T | | | | | |
| 25. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 26. NASDAQ 100 Unit Trust Series 1/Power Shares QQQ | A | Dividend | M | T | | | | | |
| 27. Vanguard 500 Index Fund | A | Dividend | K | T | Sold (part) | 07/01/10 | K | A | |
| 28. Merck & Co. | A | Dividend | J | T | | | | | |
| 29. Univ of Ark Bond | A | Interest | J | T | | | | | |
| 30. Cinergy Corp/Duke Energy | B | Dividend | J | T | | | | | |
| 31. Ameren Corp | A | Dividend | J | T | | | | | |
| 32. Consolidated Edison | A | Dividend | J | T | | | | | |
| 33. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 34. Pub Svc Ent | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Little River Cty AR Rev. | A | Interest | J | T | | | | | |
| 36. Entergy Corp | A | Dividend | J | T | | | | | |
| 37. Phoenix Rising/Virtus Growth | A | Dividend | | | Sold | 04/23/10 | J | A | |
| 38. Murphy Oil | A | Dividend | J | T | | | | | |
| 39. Bank of America | A | Dividend | J | T | | | | | |
| 40. Ark St Fed Hwy Grant | A | Interest | K | T | | | | | |
| 41. Blackrock Global | A | Interest | J | T | | | | | |
| 42. Windstream/Alltel | A | Dividend | J | T | | | | | |
| 43. Little Rock AR New Pub | A | Interest | J | T | | | | | |
| 44. Amer Funds Cap Inc. | A | Dividend | | | Sold | 09/14/10 | J | A | |
| 45. Amer Funds Euro Pacific | A | Dividend | | | Sold | 12/15/10 | J | A | |
| 46. Amer funds Washington Mutual | A | Dividend | | | Sold | 12/15/10 | J | A | |
| 47. Janus Worldwide Fund (IRA) | E | Int./Div. | L | T | | | | | |
| 48. Spectra | A | Dividend | J | T | | | | | |
| 49. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 50. Bentonville, AR Sch | A | Interest | | | Sold | 06/01/10 | K | A | |
| 51. Hartford Life Ins. Bond | A | Interest | | | Sold | 06/15/10 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period — (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period — (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Crittenden County Bond | A | Interest | J | T | | | | | |
| 53. Conway AR Sch Bond | A | Interest | J | T | | | | | |
| 54. Nuveen Prem Ins. | A | Interest | J | T | | | | | |
| 55. Kinder Morgan | A | Interest | | | Sold | 08/23/10 | J | A | |
| 56. Ark St Higher Educ | A | Interest | K | T | | | | | |
| 57. J P Morgan Chase | A | Interest | | | Sold | 07/07/10 | J | A | |
| 58. Hartford Growth bond | A | Interest | | | Sold | 10/25/10 | J | A | |
| 59. Fed Kaufman Small Cap | A | Interest | J | T | | | | | |
| 60. Julius Baer Int'l/Artio Int'l | A | Interest | | | Sold | 10/25/10 | J | A | |
| 61. Neuberg & Bermn Bond | A | Interest | | | Sold | 10/25/10 | J | A | |
| 62. Crocs | A | Interest | | | Sold | 02/09/10 | J | A | |
| 63. Hillcrest CD | B | Interest | | | Matured | 09/09/10 | L | A | |
| 64. Buckeye Ohio Bond | A | Interest | J | T | | | | | |
| 65. New York City Bond | A | Interest | J | T | | | | | |
| 66. Bentonville AR Sales | A | Interest | K | T | | | | | |
| 67. Little Rock AR Sewer | A | Interest | J | T | | | | | |
| 68. Baron Partners | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Cambiar Opp. | A | Int./Div. | J | T | | | | | |
| 70. Ivy Asset | A | Interest | J | T | | | | | |
| 71. DN Lehman Bro CD | A | Interest | K | T | | | | | |
| 72. General Electric Cap | A | Interest | K | T | | | | | |
| 73. Verizon | A | Interest | J | T | | | | | |
| 74. Amer Exp CD | B | Interest | J | T | | | | | |
| 75. SunAmerica CD | A | Interest | J | T | | | | | |
| 76. Citigroup 5.125% | C | Interest | | | Sold | 02/09/10 | L | A | |
| 77. Franklin Mutual Growth | D | Dividend | | | Sold | 10/25/10 | J | A | |
| 78. Third Ave Value Fund | D | Dividend | | | Sold | 10/25/10 | J | A | |
| 79. Thornburg Int'l | D | Dividend | | | Sold | 10/25/10 | J | A | |
| 80. Baxter County Bond | D | Interest | J | T | | | | | |
| 81. Ark State Univ Rev | D | Interest | J | T | | | | | |
| 82. Beaver Water Bond | D | Interest | J | T | | | | | |
| 83. Little Rock Ark Libr | D | Interest | J | T | | | | | |
| 84. White Hall Bond | D | Interest | J | T | | | | | |
| 85. Ark Best | D | Dividend | J | T | Buy | 01/11/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T Rowe Price | E | Dividend | K | T | Buy | 02/18/10 | K | | |
| 87. Black Rock Global | E | Dividend | K | T | Buy | 02/23/10 | K | | |
| 88. Bank of America 5.25 | G | Dividend | M | T | Buy | 09/13/10 | M | | |
| 89. Puerto Rico Bond | A | Interest | K | T | Buy | 08/31/10 | K | | |
| 90. Univ of Ark Revs | A | Interest | J | T | Buy | 09/15/10 | J | | |
| 91. Puerto Rico Hotel Bond | A | Interest | J | T | Buy | 07/22/10 | J | | |
| 92. Puerto Rico Infrastructure Bond | A | Interest | K | T | Buy | 06/18/10 | K | | |
| 93. Rogers Ark Schl Dist | A | Interest | K | T | Buy | 06/16/10 | K | | |
| 94. Fayetteville Ark Schl | A | Interest | J | T | Buy | 11/27/10 | J | | |
| 95. Little Rock AR Schl | A | Interest | J | T | Buy | 11/19/10 | J | | |
| 96. Booneville Ar Schl | A | Interest | K | T | Buy | 08/13/10 | K | | |
| 97. Puerto Rico Mun. Bond | A | Interest | K | T | Buy | 06/16/10 | K | | |
| 98. Siloam Springs Schl | A | Interest | J | T | Buy | 09/24/10 | J | | |
| 99. Bentonville Ark Schl | A | Interest | K | T | Buy | 06/03/10 | K | | |
| 100. Mountain Home Schl | A | Interest | K | T | Buy | 07/30/10 | K | | |
| 101. Altria Group | A | Dividend | J | T | Buy | 04/23/10 | J | | |
| 102. Apple | A | Dividend | J | T | Buy | 08/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Goldman Sachs | A | Dividend | J | T | Buy | 12/15/10 | J | | |
| 104. Nuveen Prem Ins Muni | A | Dividend | J | T | Buy | 01/27/10 | J | | |
| 105. Pulaski Cnty AR SPL | A | Interest | J | T | Buy | 12/15/10 | J | | |
| 106. Energy Transfer | A | Dividend | J | T | Buy | 04/23/10 | J | | |
| 107. I Shares Trust Dow Jones | A | Dividend | J | T | Buy | 04/23/10 | J | | |
| 108. Cullen High Dividend | A | Dividend | J | T | Buy | 07/13/10 | J | | |
| 109. Eaton Vance Structured | A | Dividend | J | T | Buy | 10/25/10 | J | | |
| 110. Oppenheiner Rising | A | Dividend | J | T | Buy | 10/25/10 | J | | |
| 111. American Centruy Small | A | Dividend | J | T | Buy | 10/25/10 | J | | |
| 112. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U - Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544